**FILED**
September 19, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TIMOTHY EDWARD CHACON, )<br>)<br>Defendant. ) | CASE NUMBER: 3:13-mj-00014-CMK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Timothy Edward Chacon; Case 3:13-mj-00014-CMK from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $100,000.00; co-signed by defendant's father, Timothy Ray Chacon

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Pretrial Supervision/Conditions;

Issued at Sacramento, CA on 9/19/2013 at 3:00 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge