```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 3:13-MJ-00014-CMK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| TIMOTHY CHACON, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on December 5, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 17, 2014, at 2:00 p.m.
3. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel

for the defendant reasonable time necessary for preparation and further investigation.

4. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

```
DATED: December 4, 2013        /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: December 4, 2013        /s/ Gary A. Talesfore
                              GARY A. TALESFORE
                              Attorney for Timothy Chacon
                              (as authorized on December 4, 2013)
```

**ORDER**

IT IS SO FOUND AND ORDERED, this _5th__ day of December, 2013.

```
                               /s/ Carolyn K. Delaney
                              Hon. CAROLYN K. DELANEY
                              United States Magistrate Judge
```