Gary A. Talesfore
California Bar No. 133116
Law Office of Gary A. Talesfore
2300 N Street, Suite 1
Sacramento, CA 95816

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHACON,<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 3:13-MJ-00014-CMK<br><br>STIPULATION AND ORDER AMENDING SPECIAL CONDITIONS OF RELEASE<br><br>DATE:<br><br>Judge:  Hon. Kendall J. Newman |

The defendant, by and through his counsel of record, and the United States, by and through its undersigned counsel, hereby stipulates as follows:

Defendant requests the following considerations to be approved by the pretrial services officer and the court regarding defendant's special conditions of release:

Temporarily amend Special Condition #12 to extend defendant's 9:00 p.m. curfew to 10:00 p.m. on Sunday, February 2, 2014, only, to allow defendant to attend a family Super Bowl Party locally.  Out-of-town relatives will be present and defendant would like to have extra time to visit with them.

1

1

2   DATED:  December 16, 2013                    /s/ Justin L. Lee
                                                 JUSTIN L. LEE
3                                                Assistant U.S. Attorney

4   DATED:  December 16, 2013                    /s/  Gary A. Talesfore
                                                 GARY A. TALESFORE
5                                                Attorney for Timothy Chacon

6

7

8                              **ORDER**

9
           IT IS SO FOUND AND ORDERED, this 31st day of January 2014.
10

11  Dated:  January 31, 2014

12

13                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                        2