Gary A. Talesfore
California Bar No. 133116
Law Office of Gary A. Talesfore
2300 N Street, Suite 1
Sacramento, CA 95816

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TIMOTHY CHACON,<br><br>  Defendant | 2:14-cr-0011 GEB<br><br>STIPULATION AND PROPOSED ORDER AMENDING SPECIAL CONDITIONS OF RELEASE<br><br>DATE:<br><br>Judge:  Hon. Allison Claire |

The defendant, by and through his counsel of record, and the United States, by and through its undersigned counsel, hereby stipulates as follows:

Defendant requests the following considerations to be approved by the pretrial services officer and the court regarding defendant's special conditions of release:

**Remove Special Condition #12, which reads as follows:**  Defendant shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person.  You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services

1

Agency and employees of the monitoring company.  **You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer**;

**CURFEW:** Defendant is restricted to his residence every day from 9:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

All other conditions remain in full force and effect.

DATED:  February 26, 2014            /s/ Justin L. Lee
                                                            JUSTIN L. LEE
                                                      Assistant U.S. Attorney


DATED:  February 26, 2014            /s/  Gary A. Talesfore
                                                          GARY A. TALESFORE
            Attorney                                    for Timothy Chacon


### ORDER

IT IS SO FOUND AND ORDERED, this 27th day of February 2014.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE