BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHACON,<br><br>Defendant. | CASE NO. 2:14-CR-00011-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; PROPOSED FINDINGS AND ORDER<br><br>DATE: January 9, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 9, 2015.

2. By this stipulation, defendant now moves to continue the status conference until February 20, 2015, and to exclude time between January 9, 2015, and February 20, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 258 page of discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) In January 2015, the United States presented a formal offer to resolve the case.

   c) Counsel for defendant desires additional time to consult with his client, review the

charges and discovery, conduct investigation and research related to the current charges, and to discuss options related to resolution and trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2015 to February 20, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  January 8, 2015       BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ JUSTIN L. LEE
                 JUSTIN L. LEE
                 Assistant United States Attorney

Dated:  January 8, 2015       /s/ GARY A. TALESFORE
                 GARY A. TALESFORE
                 Counsel for Defendant
                 Timothy Chacon

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge