BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00011-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; PROPOSED FINDINGS AND ORDER |
| v. | |
| TIMOTHY CHACON, | DATE: February 20, 2015 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 20, 2015.

2. By this stipulation, defendant now moves to continue the status conference until March 6, 2015, and to exclude time between February 20, 2015, and March 6, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 258 page of discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) In January 2015, the United States presented a formal offer to resolve the case.

   c) In February 2015, defense counsel retained an investigator to conduct follow up

investigation that bears on potential resolution of the case.

       d)     Counsel for defendant desires additional time to consult with his client, review the charges and discovery, conduct investigation and research related to the current charges, and to discuss options related to resolution and trial.

       e)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       f)     The government does not object to the continuance.

       g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 20, 2015 to March 6, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 19, 2015                          BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ JUSTIN L. LEE
                                                         JUSTIN L. LEE
                                                          Assistant United States Attorney

Dated:  February 19, 2015                          /s/ GARY A. TALESFORE
                                                          GARY A. TALESFORE
                                                          Counsel for Defendant
                                                          Timothy Chacon

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3