Gary A. Talesfore
California Bar No. 133116
Law Office of Gary A. Talesfore
2300 N Street, Suite 1
Sacramento, CA 95816

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TIMOTHY CHACON,<br><br>   Defendant | ) 2:14-CR-00011-GEB<br>)<br>) STIPULATION TO CHANGING THE<br>) DATE OF SENTENCING<br>)<br>) DATE: June 11, 2015<br>)<br>) Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Justin L. Lee, Assistant United States Attorney, together with counsel for defendant Timothy Chacon, Gary A. Talesfore, Esq., that the date for sentencing shall be re-scheduled for October 16, 2015, at 9:00 a.m.

DATED: June 11, 2015          /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: June 11, 2015          /s/ Gary A. Talesfore
                              GARY A. TALESFORE
                              Attorney for Timothy Chacon

1

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge