BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY CHACON, <br><br> Defendant. | CASE NO. 2:14-CR-00011-GEB <br><br> STIPULATION TO CONTINUE J&S AND PROPOSED ORDER <br><br> DATE: January 29, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 29, 2016.

2. By this stipulation, the parties now jointly move to continue the sentencing until February 12, 2016. The parties would like further time to review the presentence report and prepare sentencing memoranda in advance of the sentencing hearing.

3. Additionally, the assigned Probation Officer is not available on January 29, 2016.

IT IS SO STIPULATED.

///

///

///

Dated: January 28, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: January 28, 2016

/s/ GARY A. TALESFORE
GARY A. TALESFORE
Counsel for Defendant
Timothy Chacon

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: January 28, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge