BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>TIMOTHY CHACON,<br><br>              Defendant. | CASE NO. 2:14-CR-00011-GEB<br><br>STIPULATION TO CONTINUE J&S AND PROPOSED ORDER<br><br>DATE: February 12, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for sentencing on February 12, 2016.

2.   By this stipulation, the parties now jointly move to continue the sentencing until March 18, 2016. The parties would like further time to review the presentence report and prepare sentencing memoranda in advance of the sentencing hearing.

3.   The assigned Probation Officer is available on March 18, 2016.

IT IS SO STIPULATED.

///

///

///

STIPULATION TO CONTINUE J&S                          1

Dated:  February 10, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  February 10, 2016

/s/ GARY A. TALESFORE
GARY A. TALESFORE
Counsel for Defendant
Timothy Chacon

## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  February 11, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge