BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TIMOTHY CHACON,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:14-CR-00011-GEB<br><br>STIPULATION TO CONTINUE J&S AND PROPOSED ORDER<br><br>DATE: March 18, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 18, 2016.

2. By this stipulation, the parties now jointly move to continue the sentencing until April 22, 2016. The final presentence report has been prepared. The parties would like further time to review the final presentence report and prepare sentencing memoranda in advance of the sentencing hearing.

3. The assigned Probation Officer is available on April 22, 2016.

IT IS SO STIPULATED.

///

///

///

Dated:  March 16, 2016    BENJAMIN B. WAGNER
                          United States Attorney

                          /s/ JUSTIN L. LEE
                          JUSTIN L. LEE
                          Assistant United States Attorney


Dated:  March 16, 2016    /s/ GARY A. TALESFORE
                          GARY A. TALESFORE
                          Counsel for Defendant
                          Timothy Chacon

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  March 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge