BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHACON,<br><br>Defendant. | CASE NO. 2:14-CR-00011-GEB<br><br>STIPULATION TO CONTINUE J&S AND ORDER<br><br>DATE: April 22, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 22, 2016.

2. By this stipulation, the parties now jointly move to continue the sentencing until May 13, 2016. The final presentence report has been prepared. The parties would like further time to review the final presentence report and prepare sentencing memoranda in advance of the sentencing hearing.

3. The United States reached out to the assigned probation officer to determine if she would be available on May 13. The assigned probation officer is currently out of the office and will not return

///

///

///

to the office until Monday, April 25.  The United States was informed by the probation office that another probation officer will be available to cover the matter if the assigned officer is not available on May 13.

IT IS SO STIPULATED.

Dated:  April 19, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ JUSTIN L. LEE
                                          JUSTIN L. LEE
                                          Assistant United States Attorney

Dated:  April 19, 2016                    /s/ GARY A. TALESFORE
                                          GARY A. TALESFORE
                                          Counsel for Defendant
                                          Timothy Chacon

### [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  April 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge