PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00011-GEB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE J&S AND PROPOSED ORDER |
| v. | DATE: May 13, 2016 |
| TIMOTHY CHACON, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 13, 2016.

2. By this stipulation, the parties now jointly move to continue the sentencing until August 26, 2016. The final presentence report has been prepared. The parties would like further time to review the final presentence report and prepare sentencing memoranda in advance of the sentencing hearing.

3. Additionally, counsel for the defendant has undergone medical treatment that has prevented him from conducting all of the necessary preparation for the sentencing proceeding in this matter. A continuance is necessary to ensure that counsel for the defendant and the defendant are prepared for the sentencing hearing.

4. The United States reached out to the assigned probation officer to determine if she would

be available on August 26.  The United States was informed by the probation office that another probation officer will be available to cover the matter if the assigned officer is not available on August 26.

IT IS SO STIPULATED.

Dated:  May 12, 2016                                         PHILLIP A. TALBERT
                                                             Acting United States Attorney

                                                             /s/ JUSTIN L. LEE
                                                             JUSTIN L. LEE
                                                             Assistant United States Attorney

Dated:  May 12, 2016                                         /s/ GARY A. TALESFORE
                                                             GARY A. TALESFORE
                                                             Counsel for Defendant
                                                             Timothy Chacon

## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge