PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TIMOTHY CHACON,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:14-CR-00011-GEB<br><br>STIPULATION TO CONTINUE J&S AND PROPOSED ORDER<br><br>DATE: December 16, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 16, 2016.

2. By this stipulation, the parties now jointly move to continue the sentencing until January 13, 2017. The final presentence report has been prepared. The parties would like further time to review the final presentence report and prepare sentencing memoranda in advance of the sentencing hearing. The parties are planning to meet on December 20, 2016, to discuss the sentencing in this matter and would like further time to explore joint sentencing recommendations.

3. Additionally, counsel for the defendant has undergone medical treatment that has prevented him from conducting all of the necessary preparation for the sentencing proceeding in this matter. A continuance is necessary to ensure that counsel for the defendant and the defendant are

prepared for the sentencing hearing.

4. The United States reached out to the assigned probation officer and the probation officer will be available on January 13.

IT IS SO STIPULATED.

Dated:  December 15, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  December 15, 2016

/s/ GARY A. TALESFORE
GARY A. TALESFORE
Counsel for Defendant
Timothy Chacon

# [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  December 15, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge